Hodges & Van Duzer *vs.* Roberts, sheriff; Glenn, trustee, *vs.* Botts *et al.*

## Hodges & Van Duzer *vs.* Roberts, sheriff.

Where a rule was brought against a sheriff for money in his hands, who answered setting up certain cost *fi. fas.* as superior to the claim of the movants, and the case was heard, by agreement, by the judge without a jury, on the rule and answer and certain evidence, and from this decision exception was taken directly to this court, without a motion for new trial, the evidence should be brought up in the bill of exceptions, or exhibited thereto and identified by the original signature of the judge. The incorporation in the record, certified by the clerk, of what purports to be a copy of an agreed and approved brief of evidence filed in the clerk's office, is not sufficient.

Writ of error dismissed.

March 29, 1887.

## Glenn, trustee, *vs.* Botts *et al.*

After argument of these cases and before any decision was delivered, counsel for plaintiff in error moved to withdraw the bills of exceptions, on the ground that each case had been settled. In support of the motion, he presented the written agreements of counsel of record for defendants in error, stating that a settlement had been agreed upon, and consenting that the cases might be withdrawn. On the hearing, other counsel who had been heard on the argument, not representing the original parties but others who were interested in the decision, objected to the withdrawal, and cited the case in 41 *Ga.* 523. The motion to withdraw was sustained.